```
1  HILL, FARRER & BURRILL LLP
     Michael K. Collins (Bar No. 045056)
2  300 South Grand Avenue
   37th Floor - One California Plaza
3  Los Angeles, CA 90071-3147
   Telephone: (213) 620-0460
4  Facsimile:  (213) 624-4840

5  NIRO, SCAVONE, HALLER & NIRO
     Raymond P. Niro
6    David J. Sheikh
     Matthew G. McAndrews
7    Dina M. Hayes
   181 West Madison, Suite 4600
8  Chicago, IL 60602-4515
   Telephone: (312) 236-0733
9  Facsimile:  (312) 236-3137

10 Attorneys for Plaintiff ICU Medical, Inc.
```

FILED
NOV 21 2002
11-21-02
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

LODGED
11-20-02
NOV 20 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

___X___ Priority
___X___ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICU MEDICAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC MINIMED, INC., a Delaware corporation; DISETRONIC MEDICAL SYSTEMS INC., a Minnesota corporation; HYPOGUARD USA, INC., a Delaware corporation; and MAERSK MEDICAL A/S, a Denmark corporation,<br><br>Defendants. | CASE NO. SACV 02-975 GLT (MLGx)<br><br>**AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |

ENTER ON ICMS
NOV 21 2002

Pursuant to the "Stipulation of Dismissal of Defendant Maersk Medical A/S, With Prejudice" filed by the plaintiff, ICU Medical, Inc. ("ICU"), and defendant, Maersk Medical A/S ("Maersk"), and good cause appearing therefor:

---
AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to Fed. R. Civ. P. 41(a), each claim of ICU against Maersk, and each claim and defense of Maersk against ICU, in this action shall be, and hereby are, dismissed with prejudice.
2. Each of ICU and Maersk to bear its own costs and attorneys' fees.
3. ICU expressly releases its claims against the other defendants, but only to the extent such claims relate to MAERSK's subcutaneous delivery products.

Dated: Nov 21, 2002

_____
GARY L. TAYLOR
United States District Judge

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
THIRTY-SEVENTH FLOOR - ONE CALIFORNIA PLAZA
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

-2-
AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE